| STATE OF LOUISIANA | * | NO. 2026-K-0026 |
| VERSUS | * | COURT OF APPEAL |
| TREMEL BOSS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

SCJ    **JENKINS, J., DISSENTS**

I would deny the writ application.